## ROBINSON v. COMMONWEALTH.

(Decided February 26, 1929.)

R. A. Dunn and G. B. Stamper for movant.

J. W. Cammack, Atty. Gen. (Douglas C. Vest, of counsel), for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.

## ELSEY AND FISHER v. COMMONWEALTH.

(Decided March 1, 1929.)

R. M. Shelbourne and T. M. Collins for movant.

J. W. Cammack, Atty. Gen., and George H. Mitchell, Asst. Atty. Gen., for the Commonwealth.

## PILE v. ISERT, REALTOR.

(Decided March 5, 1929.)

Mark Beauchamp for movant.

Lawrence S. Grauman opposed.

PER CURIAM. Judgment for $375 in an action on note.

Appeal denied; judgment affirmed.

## CINCINNATI, N. O. & T. P. RY. CO. v. THOMPSON.

(Decided March 8, 1929.)

Tye, Siler, Gillis & Siler, John Weld Peck and M. L. Galvin for movant.

H. M. Cline and R. L. Pope opposed.

PER CURIAM. Judgment for $250 in an action for damages because of personal injuries.

Appeal denied; judgment affirmed.